FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 12 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | SA12-492M |
| ALEJANDRA AMPARO MARTINEZ-VAQUERA | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _Defense counsel_____, IT IS ORDERED that a detention hearing is set for __Thursday, October 18__, _2012_, at _2:00_ ☐ a.m. / ☒ p.m. before the Honorable _ROBERT N. BLOCK_____, in Courtroom _6B_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _10/12/12_                    _____/s/ Jean Rosenbluth_____
                                     U.S. ~~District Judge~~/Magistrate Judge
                                     **JEAN P. ROSENBLUTH**

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                 Page 1 of 1